**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Maria Kristul** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 20-30238 |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:      Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $         2,500,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $              41,231.71 |
| 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $         2,541,231.71 |

**Part 2:      Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         8,329,955.79 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $              29,816.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $         13,266,059.19 |
| **Your total liabilities** | $         21,625,830.98 |

**Part 3:      Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $              10,057.22 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | $              21,897.33 |

**Part 4:      Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 1 of 77

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 29,816.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 29,816.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 2 of 77

| | | | |
|---|---|---|---|
| Debtor 1 | **Maria Kristul** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | 20-30238 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | |
|---|---|---|

**270 Santa Clara Avenue**
Street address, if available, or other description

**San Francisco      CA      94127-0000**
City                State        ZIP Code

**San Francisco**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**A.P. No.: Lot: 010, Block 3073.    Property has deferred maintenance**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500,000.00** | **$2,500,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| **$2,500,000.00** |
|---|

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 3 of 77

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...................................................................=>   | $0.00 |

| Part 3: | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| master bedroom: (1 bed ($100); 2 end tables ($25 each); lounge ($50); dresser ($100); TV ($100); bedroom chair ($25); closet with clothes ($200) = total = $625;<br><br>2nd bedoom: (1 couch ($100); 2 chairs ($25 each); closet with clothes ($200) = total = $350<br><br>4th bedroom:  (1 bed ($100); dresser ($100); closet with clothes ($200) total = $400<br><br>Den (computer table ($100); computer ($100); printer ($25); desk chair ($50); 5 chairs (25 each) = total = $400<br><br>living room:  (couch ($200); chair ($50); ottoman ($50); TV ($100); piano -sherman clay maker ($200); drawer chest ($100); coffee table ($100) = $800<br><br>kitchen:  (old appliances - $100) = total $100<br><br>breakfast room (table ($50); 4 chairs ($25 each) = total = $150<br><br>family room (couch ($50); TV ($50); ping pong table ($10) = $110<br><br>sitting room (couch ($100); 2 chairs ($25 each); TV ($100); Bar ($200); = total = $450<br><br>Dining room (dining table:  ($200); 10 chairs ($25 each);  drawer chest ($100); 2 small end tables ($25 each) = $600 | $3,985.00 |
| 25 art prints ($50 each)<br>Location: 270 Santa Clara Ave., San Francisco CA 94127 | $1,250.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 4 of 77

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| wedding ring ($1,000); 2 bracelets ($1,000 total); approx 3 pair of earrings ($2,500 total); approx. 3 necklaces ($2,000); watch ($2,000)<br>Location: 270 Santa Clara Ave., San Francisco CA 94127 | $8,500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| dog<br>Location: 270 Santa Clara Ave., San Francisco CA 94127 | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

$13,735.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................................

**Cash**

**Location: on hand**

$2,000.00

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 5 of 77

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................                              Institution name:

|      | 17.1. | **Checking** | **Tricounties Bank**<br>**Account No. X8091** | $2,638.25 |
|------|-------|--------------|-----------------------------------------------|-----------|
|      |       |              | **Account X9438**                             |           |
|      | 17.2. | **Checking** | **Location:  HSBC Bank**                      | $113.46 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................                Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                     Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                     Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                     Type of account:              Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................                      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 6 of 77

☐ **Yes.** Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Franchise Tax Board Refund | | |
|---|---|---|
| Location: Franchise Tax Board | **State** | $22,745.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
       Company name:                          Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.............................................................................................................

| $27,496.71 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  - ■ No. Go to Part 7.
  - ☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
  - ■ No
  - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................  | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

55. **Part 1: Total real estate, line 2** ................................................................................................ | | **$2,500,000.00** |

56. **Part 2: Total vehicles, line 5** | **$0.00** |
57. **Part 3: Total personal and household items, line 15** | **$13,735.00** |
58. **Part 4: Total financial assets, line 36** | **$27,496.71** |
59. **Part 5: Total business-related property, line 45** | **$0.00** |
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
61. **Part 7: Total other property not listed, line 54**   +  | **$0.00** |

62. **Total personal property.** Add lines 56 through 61... | **$41,231.71** |   Copy personal property total | **$41,231.71** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$2,541,231.71** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Maria Kristul** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | 20-30238 |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** Line from *Schedule A/B*: **1.1** | **$2,500,000.00** | ■ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **master bedroom: (1 bed ($100); 2 end tables ($25 each); lounge ($50); dresser ($100); TV ($100); bedroom chair ($25); closet with clothes ($200) = total = $625;** **2nd bedoom: (1 couch ($100); 2 chairs ($25 each); closet with clothes ($200) = total = $350** Line from *Schedule A/B*: **6.1** | **$3,985.00** | ■ | $3,985.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **25 art prints ($50 each) Location: 270 Santa Clara Ave., San Francisco CA 94127** Line from *Schedule A/B*: **6.2** | **$1,250.00** | ■ | $1,250.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 9 of 77

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **wedding ring ($1,000); 2 bracelets ($1,000 total); approx 3 pair of earrings ($2,500 total); approx. 3 necklaces ($2,000); watch ($2,000)**<br>**Location: 270 Santa Clara Ave., San Francisco CA 94127**<br>Line from *Schedule A/B*: **12.1** | $8,500.00 | ■    $8,725.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Cash**<br><br>**Location:  on hand**<br>Line from *Schedule A/B*: **16.1** | $2,000.00 | ■    $2,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: Tricounties Bank Account No. X8091**<br>Line from *Schedule A/B*: **17.1** | $2,638.25 | ■    $2,638.25<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: Account X9438**<br><br>**Location:  HSBC Bank**<br>Line from *Schedule A/B*: **17.2** | $113.46 | ■    $113.46<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |

3.   **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No

        ☐   Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Maria Kristul** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | 20-30238 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
| --- | --- | --- | --- | --- |
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **Ann Woodstock c/o Sidney Luscutoff** Creditor's Name | Describe the property that secures the claim: | $100,000.00 | $2,500,000.00 | $100,000.00 |

Describe the property that secures the claim:

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
**A.P. No.: Lot: 010, Block 3073.**
**Property has deferred maintenance**

**5 Third Street Suite 1216 san francisco, CA 94103**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)     CGC-09-491329

**Date debt was incurred**  2/4/2010      **Last 4 digits of account number**   1400

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

---

| 2.2 | **Anna Patland** | Describe the property that secures the claim: | $775,000.00 | $2,500,000.00 | $775,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
**A.P. No.: Lot: 010, Block 3073.**
**Property has deferred maintenance**

**1333 33rd Ave**
**san francisco, CA 94122**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Trust deeds with individual beneficiaries:** _____

Date debt was incurred  **September 18, 2007**    Last 4 digits of account number  **2300**

---

| 2.3 | **Elena Drapkin** | Describe the property that secures the claim: | $213,750.00 | $2,500,000.00 | $213,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
**A.P. No.: Lot: 010, Block 3073.**
**Property has deferred maintenance**

**440 Cesano Ct. #205**
**Palo Alto, CA 94306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Trust deeds with individual beneficiaries:** _____

Date debt was incurred  **February 9, 2011**    Last 4 digits of account number  **1900**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.4 | **Franchise Tax Board** | Describe the property that secures the claim: | $262,613.66 | $2,500,000.00 | $262,613.66 |

Creditor's Name

**Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952**

Number, Street, City, State & Zip Code

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County
A.P. No.: Lot: 010, Block 3073.
Property has deferred maintenance**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **May 10, 2017; January 5, 2018**

Last 4 digits of account number    **0300**

---

| 2.5 | **Gregory Funding** | Describe the property that secures the claim: | $1,899,624.16 | $2,500,000.00 | $0.00 |

Creditor's Name

**Attn: Current Officer
Loan servicer
Los Angeles, CA 90074**

Number, Street, City, State & Zip Code

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County
A.P. No.: Lot: 010, Block 3073.
Property has deferred maintenance**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **February 15, 2007**

Last 4 digits of account number    **8800**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.6 | **Henry Yanovsky c/o Skaggs Faucette LLP** | | $125,000.00 | $2,500,000.00 | $125,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
> **A.P. No.: Lot: 010, Block 3073.**
> **Property has deferred maintenance**

**One Embarcadero Center, Suite 500 San Francisco, CA 94111**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **6/5/2012**     **Last 4 digits of account number**   **9100**

---

| 2.7 | **Igor Rakvalsy** | | $400,000.00 | $2,500,000.00 | $227,784.40 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
> **A.P. No.: Lot: 010, Block 3073.**
> **Property has deferred maintenance**

**1371 20th ave san francisco, CA 94122**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **trust deed with beneficiaries**

**Date debt was incurred**   **4/6/2007**     **Last 4 digits of account number**   **0300**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 9

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 14 of 77

| 2.8 | **Internal Revenue Service** | Describe the property that secures the claim: | $428,938.46 | $2,500,000.00 | $428,938.46 |
|---|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency
Unit
PO Box 7346
Philadelphia, PA
19101-7346**

Number, Street, City, State & Zip Code

**270 Santa Clara Avenue San
Francisco, CA 94127  San Francisco
County
A.P. No.: Lot: 010, Block 3073.
Property has deferred maintenance**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/5/2014**        Last 4 digits of account number   **7300**

| 2.9 | **Irina Trubnikov c/o
Richard C. OHare** | Describe the property that secures the claim: | $292,000.00 | $2,500,000.00 | $292,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**135 Keller St Suite D
Peteluma, CA 94952**

Number, Street, City, State & Zip Code

**270 Santa Clara Avenue San
Francisco, CA 94127  San Francisco
County
A.P. No.: Lot: 010, Block 3073.
Property has deferred maintenance**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)   **CGC-11-513669**

Date debt was incurred   **6/5/2012**        Last 4 digits of account number   **9100**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 15 of 77

| 2.1 0 | **Kat Stolyarov c/o Abir Treyzon Salo LLP** | | $1,988,766.13 | $2,500,000.00 | $1,988,766.13 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
**A.P. No.: Lot: 010, Block 3073.**
**Property has deferred maintenance**

**1901 Avenue of the  Stars**
**Suite 935**
**Los Angeles, CA 90067**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **CGC-18-554188**

Date debt was incurred   **8/3/2018**          Last 4 digits of account number   **4230**

---

| 2.1 1 | **Mehrdad Elie c/o Hopkins & Carley** | | $1,200,000.00 | $2,500,000.00 | $1,200,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
**A.P. No.: Lot: 010, Block 3073.**
**Property has deferred maintenance**

**70 S. First Street**
**San Jose, CA 95113**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)   **CGC-08-473920**

Date debt was incurred   **4/1/2016**          Last 4 digits of account number   **4000**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 16 of 77

| 2.1 2 | **Sam and Bella Zotman** | | $100,000.00 | $2,500,000.00 | $100,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> 270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County
> A.P. No.: Lot: 010, Block 3073.
> Property has deferred maintenance

**1300 Kirkham Street**
**san francisco, CA 94122**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **trust deed with beneficiaries**

Date debt was incurred  **9/13/2007**     Last 4 digits of account number  **1400**

---

| 2.1 3 | **Tatyana Margolis** | | $100,000.00 | $2,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> 270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County
> A.P. No.: Lot: 010, Block 3073.
> Property has deferred maintenance

**642 Mangers Avenue**
**san francisco, CA 94127**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **trust deed**

Date debt was incurred  **March 19, 2007**     Last 4 digits of account number  **8840,**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.1 4 | **The Davey Tree Expert Company** | | $16,103.14 | $2,500,000.00 | $16,103.14 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
> **A.P. No.: Lot: 010, Block 3073.**
> **Property has deferred maintenance**

**Attn: Current Officer**
**1400 Mission Rd,**
**Daly City, CA 94014**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    CGC15548249

**Date debt was incurred**  7/7/2016        **Last 4 digits of account number**  8600

| 2.1 5 | **Yeva, Inc. DBA Saxe Mortgage Company** | | $328,160.24 | $2,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
> **A.P. No.: Lot: 010, Block 3073.**
> **Property has deferred maintenance**

**Attn: Current Officer**
**Servicing Agent**
**950 John Daly Blvd, Suite 200**
**Daly City, CA 94015**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    note holder is Baker One and Co., LLC

**Date debt was incurred**  March 16, 2007        **Last 4 digits of account number**  4100

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 2.1 6 | **Yuri and Svetlana Khaikin** | | **$100,000.00** | **$2,500,000.00** | **$100,000.00** |

Creditor's Name

**Describe the property that secures the claim:**

**270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County**
**A.P. No.: Lot: 010, Block 3073.**
**Property has deferred maintenance**

**570 39th Ave**
**san francsico, CA 94121**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ **Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **trust deed with individual beneficiaries**

**Date debt was incurred**   **August 21, 2007**

**Last 4 digits of account number**   **9100**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$8,329,955.79** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$8,329,955.79** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Maria Kristul** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number **20-30238**
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | $29,816.00 | $29,816.00 | $0.00 |

Priority Creditor's Name
**Centralized Insolvency Unit**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                    **2019 tax year**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 20 of 77

| | | |
|---|---|---|
| **4.1** | **Aleksandr Dolliner** | Last 4 digits of account number _____     **$440,000.00** |

**Aleksandr Dolliner**
Nonpriority Creditor's Name
**2463 15th Avenue**
**san francisco, CA 94116**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Husband business purpose loan**

**$440,000.00**

---

**4.2**    **Alex and Elena Korot**

**Alex and Elena Korot**
Nonpriority Creditor's Name
**2835 34th ave**
**san francisco, CA 94116**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Husband business loan**

**$850,000.00**

---

**4.3**    **Amex**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0263**

**When was the debt incurred?**    **Opened  3/20/89**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 4.4 | **Anatoly Mazo** | | Last 4 digits of account number _____ | **$163,000.00** |

**Anatoly Mazo**
Nonpriority Creditor's Name
**170 Oak Drive**
**San Rafael, CA 94901**
Number Street City State Zip Code

Last 4 digits of account number _____           **$163,000.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Husband for business purpose**

---

| 4.5 | **Ann Woodstock c/o Sidney Luscutoff** | | | **$200,351.19** |

**Ann Woodstock c/o Sidney Luscutoff**
Nonpriority Creditor's Name
**5 Third Street Suite 1216**
**san francisco, CA 94103**
Number Street City State Zip Code

Last 4 digits of account number _____           **$200,351.19**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Commercial Lease guarantee**

---

| 4.6 | **Boris Panich** | | | **$50,000.00** |

**Boris Panich**
Nonpriority Creditor's Name
**3245 Shelter Creek Lane**
**San Bruno**
**san francsico, CA 94066**
Number Street City State Zip Code

Last 4 digits of account number _____           **$50,000.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Husband for business purpose**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 22 of 77

| | | |
|---|---|---|
| 4.7 | **Chase Mortgage** | Last 4 digits of account number    **2382**    $217,975.00 |

**Nonpriority Creditor's Name**
**Chase Records Center/Attn:**
**Correspondenc**
**Mail Code LA4 5555  700 Kansas Ln**
**Monroe, LA 71203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community**
**debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 04/90  Last Active**
**02/20**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Real Estate Mortgage**

---

| | | |
|---|---|---|
| 4.8 | **Credit One Bank** | Last 4 digits of account number    **2529**    $0.00 |

**Nonpriority Creditor's Name**
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community**
**debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 04/18  Last Active**
**8/24/18**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| | | |
|---|---|---|
| 4.9 | **Deptartment Store National**<br>**Bank/Macy's** | Last 4 digits of account number    **2620**    $0.00 |

**Nonpriority Creditor's Name**
**Attn: Bankruptcy**
**9111 Duke Boulevard**
**Mason, OH 45040**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community**
**debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 02/81  Last Active**
**03/05**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 23 of
77

| 4.10 | **Dmitry and Bella Krupetsky** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**770 34th Avenue**
**San Francisco, CA 94121**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice only**

---

| 4.11 | **Dmitry Kazakov** | Last 4 digits of account number | **$400,000.00** |

Nonpriority Creditor's Name
**460 Neptune Way Apt 15G**
**Brooklyn, NY 11224**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business loan**

---

| 4.12 | **Edward Breyburg** | Last 4 digits of account number | **$50,000.00** |

Nonpriority Creditor's Name
**507 19th Avenue**
**san francisco, CA 94121**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband for business purpose**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 24 of 77

| 4.1 3 | **Elena Drapkin** | | **Last 4 digits of account number** | | | **$214,000.00** |

Nonpriority Creditor's Name
**440 Cesano Ct. #205**
**Palo Alto, CA 94306**
Number City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business lease**

---

| 4.1 4 | **Elena Shenkar** | | **Last 4 digits of account number** | | | **$100,000.00** |

Nonpriority Creditor's Name
**321 S. San Vicente Blvd. #903**
**Los Angeles, CA 90048**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 5 | **Ella Tkach and Eduard Muzichenko** | | **Last 4 digits of account number** | | | **Unknown** |

Nonpriority Creditor's Name
**1371 24th Ave.**
**San Francisco, CA 94122**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice onlyu**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 25 of 77

**4.1 6**

**Enhanced Recovery Corp**

Nonpriority Creditor's Name
**Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256**

Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2779**

When was the debt incurred?  **Opened 10/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney At T Wireline**

**$456.00**

---

**4.1 7**

**Eugene Abergour**

Nonpriority Creditor's Name
**690 34th Ave #8
san francisco, CA 94121**

Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Husband for business purpose**

**$25,000.00**

---

**4.1 8**

**Eugene Shenkar**

Nonpriority Creditor's Name
**2117 Broadway
san francisco, CA 94115**

Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Husband Business Purpose**

**$4,191,458.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**4.19**

**First National Bank Of**
Nonpriority Creditor's Name

**1300 El Camino Real
Colma, CA 94014**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **6495**                                    **$0.00**

When was the debt incurred?  **Opened 03/94  Last Active
11/12/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.20**

**First National Bank Of**
Nonpriority Creditor's Name

**1300 El Camino Real
Colma, CA 94014**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **5943**                                    **Unknown**

When was the debt incurred?  **Opened 03/94  Last Active
3/03/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.21**

**Gene Kristul**
Nonpriority Creditor's Name

**461 2nd st #560
san francisco, CA 94107**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                    **$195,500.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Husband business loan**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 27 of 77

| 4.2 2 | **Gennady Minevich** | Last 4 digits of account number | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1250 Monterey Blvd.**
**san francisco, CA 94127**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Husband business purpose**

---

| 4.2 3 | **Helene and Emanuel and Yakov Lifschitz** | Last 4 digits of account number | **$235,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**68/7 Hahalutz St.**
**Jerusalem 96269**
**Israel**
Number Street City State Zip Code

When was the debt incurred?    **2016, 2017, 2018**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

| 4.2 4 | **Igor Doctorovich** | Last 4 digits of account number | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3 Commodore Dr. #B358**
**Emeryville, CA 94608**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Husband business purpose**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| 4.2 5 | **Ilizabeth Igudesman** | Last 4 digits of account number | $150,000.00 |

Nonpriority Creditor's Name
**66 Cross Creek Place**
**Larkspur, CA 94939**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business purpose**

---

| 4.2 6 | **Ilya Dimov and Yakov Lifschitz** | Last 4 digits of account number | $24,000.00 |

Nonpriority Creditor's Name
**4249 Rickey's way, Unit F**
**Palo Alto, CA 94306**
Number Street City State Zip Code

When was the debt incurred?   **11/25/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.2 7 | **Ilya Shayn** | Last 4 digits of account number | $20,000.00 |

Nonpriority Creditor's Name
**1584 36th ave**
**san francisco, CA 94122**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business purpose**

---

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 29 of 77

---

**4.2 8**

**Isaac Beker**
Nonpriority Creditor's Name
**2210 Cecilia Avenue**
**san francisco, CA 94116**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$100,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Husband business purpose**

---

**4.2 9**

**Israel Salin**
Nonpriority Creditor's Name
**1835 Pandora Ave. Apr 301**
**Los Angeles, CA 90025**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$110,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Husband business purpose**

---

**4.3 0**

**Kat Stolyarov c/o Abir Treyzon Salo LLP**
Nonpriority Creditor's Name
**1901 Avenue of the  Stars Suite 935**
**Los Angeles, CA 90067**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$176,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CGC-16-554188 - settlement agreement**

---

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 30 of 77

| 4.3<br>1 | **Lev Krayzman** | | **Last 4 digits of account number** _____ | **$200,000.00** |

Nonpriority Creditor's Name
**125 Madrone Ave**
**san francisco, CA 94127**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Husband business purpose**

---

| 4.3<br>2 | **Lila Averbach** | | **Last 4 digits of account number** _____ | **$350,000.00** |

Nonpriority Creditor's Name
**3029 20th Avenue**
**san francisco, CA 94132**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Husband for business purpose**

---

| 4.3<br>3 | **Luda Belenky** | | **Last 4 digits of account number** _____ | **$495,000.00** |

Nonpriority Creditor's Name
**738 30th ave**
**san francisco, CA 94121**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Husband business purpose**

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 31 of 77

| 4.3 4 | **Ludmilla Tuberman** | | Last 4 digits of account number | **$25,000.00** |

Nonpriority Creditor's Name

**676 44 th ave**
**san francisco, CA 94121**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband for business purpose**

---

| 4.3 5 | **Lyudmila Makagon** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3009 Jackson St. #B**
**San Francisco, CA 94115**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice only**

---

| 4.3 6 | **Maxim Libin &Y Yakov Lifschitz** | | Last 4 digits of account number | **$24,000.00** |

Nonpriority Creditor's Name

**Troitsk**
**Ulica Solnechnaya**
**Dom 14, Kavartira 109**
**Moscow, Russia 108840**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 32 of 77

---

**4.3 7**

**Midland Fund**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**350 Camino De La Reine Ste 100**
**San Diego, CA 92108**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **9055**        **$677.00**

When was the debt incurred?    **Opened 12/18  Last Active 05/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Factoring Company Account Credit One Bank N.A.**

---

**4.3 8**

**Nataliya Duovis and Yakov Lifschitz**

Nonpriority Creditor's Name

**Ul. Gogolya dom 7, Kv. 33**
**Kharkiv 61000**
**Ukraine**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number        **$12,500.00**

When was the debt incurred?    **7/27/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**4.3 9**

**Natalya Baron**

Nonpriority Creditor's Name

**165 San Anselmo Ave**
**San Francisco, CA 94127**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number        **$10,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.4 0 | **Nikolai Snigorenko** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**1250 35th Avenue**
**san francisco, CA 94122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Husband for business purpose**

---

| 4.4 1 | **Oleg Dubel** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**432 Lewis Lane**
**Pacifica, CA 94044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Husband for business purpose**

---

| 4.4 2 | **Richard Davis** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**3505 Hillcrest Drive**
**Belmont, CA 94122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Husband borrowed for business purpose**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

---

**4.4
3**

**Richard Raskin**
Nonpriority Creditor's Name
**1300 25th ave Suite 300**
**san francisco, CA 94122**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$200,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Husband for business purpose**

---

**4.4
4**

**Robert Williamson**
Nonpriority Creditor's Name
**c/o George Wailes, Esq.**
**Attorney at Law**
**177 Bovet Road, Sutie 600**
**San Mateo, CA 94402**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$109,800.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **demand letter dated 3/3/2020 based on alleged promissory note.**

---

**4.4
5**

**Roman Shekhtman**
Nonpriority Creditor's Name
**3301 N. Park Dr. Unit 3716**
**Sacramento, CA 95835**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **notice only**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| | |
|---|---|
| 4.4 6 | **Rushmore Loan Mgmt Srvc** |

**Rushmore Loan Mgmt Srvc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 55004**
**Irvine, CA 92619**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **3363**                                   **$0.00**

**When was the debt incurred?**   **Opened 03/07  Last Active 04/19**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Real Estate Mortgage**

---

| | |
|---|---|
| 4.4 7 | **Semyon Altus** |

**Semyon Altus**
Nonpriority Creditor's Name
**2444 15th avenue**
**san francisco, CA 94116**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**                                   **$350,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business purpose**

---

| | |
|---|---|
| 4.4 8 | **Tatyana Zaytseva** |

**Tatyana Zaytseva**
Nonpriority Creditor's Name
**733 Front Street**
**san francisco, CA 94111**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**                                   **$885,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business purpose loan**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| 4.49 | **Toyota Financial Services** | Last 4 digits of account number | **5987** | **$0.00** |

Nonpriority Creditor's Name
**Atty: Bankruptcy Dept**
**Po Box 8026**
**Cedar Rapids, IA 52409**

When was the debt incurred?   **Opened 06/06  Last Active 08/10**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease**

---

| 4.50 | **Tri Counties Bank** | Last 4 digits of account number | **1348** | **$3,692.00** |

Nonpriority Creditor's Name

**63 Constitution Dr**
**Chico, CA 95973**

When was the debt incurred?   **Opened 03/94  Last Active 02/20**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.51 | **Victor and Irina Lyapis** | Last 4 digits of account number | | **$393,000.00** |

Nonpriority Creditor's Name
**477 Noriega St**
**san francsico, CA 94116**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **My husband borrowed for business purpose**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 37 of 77

| 4.5 2 |
|---|

**Vladimir Bazhanov and Yakov Lifschitz**
Nonpriority Creditor's Name
**Melongatan 12, 4 Tr. SE-165 63**
**Hasselby, Sweden**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$65,400.00**

When was the debt incurred?    **2016-2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 3 |
|---|

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 10438**
**Des Moines, IA 50306**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **4415**          **$0.00**

When was the debt incurred?    **Opened 03/07  Last Active 09/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Real Estate Mortgage**

---

| 4.5 4 |
|---|

**Wells Fargo Home Mor**
Nonpriority Creditor's Name
**Attn: Written Correspondence/Bankruptcy Mac#2302-04e Pob 10335**
**Des Moines, IA 50306**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2685**          **$0.00**

When was the debt incurred?    **Opened 03/07  Last Active 02/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Real Estate Mortgage**

---

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 38 of 77

| 4.5 5 | **Yakov and Era Lifschitz** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**5532 Greenoak Dr.**
**San Jose, CA 95129**
Number City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____           **$1,646,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice only (duplicate listing)**

---

| 4.5 6 | **Yakov Vishnevsky** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**490 33rd Avenue #205**
**San Francisco, CA 94121**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____           **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice only**

---

| 4.5 7 | **Yakov, Era Lifschitz c/o Strategy Law** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**One Almaden Blvd Suite 700**
**C/o Serge Filatov**
**San Jose, CA 95113**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____           **$0.00**

When was the debt incurred?   **2014-2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband business purpose - notice only**

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 39 of 77

| 4.5 8 | **Yeva Inc.** | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**950 john daly blvd suite 200**
**Daly City, CA 94015**
Number Street City State Zip Code

When was the debt incurred?    **04/29/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 9 | **Yuri Levitin** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**71 Derado Terrace**
**San Francisco, CA 94112**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice only**

---

| 4.6 0 | **Yuriy Undorf** | Last 4 digits of account number _____ | $163,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1753 Oakwood Dr.**
**San Mateo, CA 94403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Husband borrowed for business purpose**

---

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 40 of 77

| 4.6 |
|-----|
| 1   |

**Zahar Uzin**
Nonpriority Creditor's Name
**881 Pacheco Ave**
**san francisco, CA 94116**
Number Street City State Zip Code

**Last 4 digits of account number** _____                                   **$20,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Husband for business purpose**

---

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |
|---------|---------------------------------------------------------------------|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Elena Shenkar**
**321 S. San Vicente**
**Unit #903**
**Los Angeles, CA 90048**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

Name and Address
**Lyudmila Makagon**
**4224 California Street #106**
**San Francisco, CA 94118**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

Name and Address
**Roman Shekhtman**
**858 Pearly Ln**
**San Mateo, CA 94404**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

| Part 4: | **Add the Amounts for Each Type of Unsecured Claim** |
|---------|------------------------------------------------------|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|                                    |     |                                                                                           |     | **Total Claim** |
|------------------------------------|-----|-------------------------------------------------------------------------------------------|-----|-----------------|
| **Total claims from Part 1**       | 6a. | **Domestic support obligations**                                                          | 6a. | $ 0.00          |
|                                    | 6b. | **Taxes and certain other debts you owe the government**                                   | 6b. | $ 29,816.00     |
|                                    | 6c. | **Claims for death or personal injury while you were intoxicated**                         | 6c. | $ 0.00          |
|                                    | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here.                | 6d. | $ 0.00          |
|                                    | 6e. | **Total Priority.** Add lines 6a through 6d.                                               | 6e. | $ 29,816.00     |

|                                    |     |                                                                                           |     | **Total Claim** |
|------------------------------------|-----|-------------------------------------------------------------------------------------------|-----|-----------------|
| **Total claims from Part 2**       | 6f. | **Student loans**                                                                         | 6f. | $ 0.00          |
|                                    | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00          |
|                                    | 6h. | **Debts to pension or profit-sharing plans, and other similar debts**                      | 6h. | $ 0.00          |
|                                    | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here.             | 6i. | $ 13,266,059.19 |

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 41 of 77

| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | | 6j. | $ | **13,266,059.19** |

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 42 of
77

Lyudmila Makagon
3009 Jackson St. #B
San Francisco, CA 94115

Lyudmila Makagon
4224 California Street #106
San Francisco, CA 94118

Yuri Levitin
71 Derado Terrace
San Francisco, CA 94112

Roman Shekhtman
858  Pearly Ln
San Mateo, CA 94404

Roman Shekhtman
3301 N. Park Dr. Unit 3716
Sacramento, CA 95835

Elena Shenkar
321 S. San Vicente
Unit #903
Los Angeles, CA 90048

Dmitry and Bella Krupetsky
770 34th Avenue
San Francisco, CA 94121

Yakov Yishnevsky
490 33rd Avenue #205
San Francisco, CA 94121

Yakov and Era Lifschitz
5532 Greenoak Dr.
San Jose, CA 95129

Ilya Dimov and Yakov Lifschitz
4249 Rickey's way, Unit F
Palo Alto, CA 94306

Ilya Shayn
1584 36th ave
san francisco, CA 94122


Maxim Libin &Y Yakov Lifschitz
Troitsk
Ulica Solnechnaya
Dom 14, Kavartira 109
Moscow, Russia 108840


Nataliya Duovis and Yakov Lifschitz

Ul. Gogolya dom 7, Kv. 33
Kharkiv 61000
Ukraine

Vladimir Bazhanov and Yakov Lifschitz
Melongatan 12, 4 Tr. SE-165 63
Hasselby, Sweden

Helene and Emanuel and Yakov Lifschitz
68/7 Hahalutz St.
Jerusalem 96269
Israel

Ella Tkach and Eduard Muzichenko
1371 24th Ave.
San Francisco, CA 94122

The Davey Tree Expert Company
Attn:  Current Officer
1400 Mission Rd.
Daly City, CA 94014

Robert Williamson
c/o George Wailes, Esq.
Attorney at Law
177 Bovet Road, Suite 600
San Mateo, CA  94402

file:///192.168.1.2/...1-7%20Kristul,%20Joseph%20and%20Maria/petition/2020-4-16%20Balance%20of%20Schedules/New%20Creditors.txt[4/16/2020 6:35:40 PM]

**Fill in this information to identify your case:**

Debtor 1    **Maria Kristul**
      First Name       Middle Name       Last Name

Debtor 2
(Spouse if, filing)    First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    20-30238
(if known)

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.2   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.3   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.4   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.5   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Maria Kristul** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 20-30238 |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?    **California**  . Fill in the name and current address of that person.

    **Joseph Kristul**
    **270 Santa Clara Ave.**
    **San Francisco, CA 94127**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line ____<br>■ Schedule E/F, line   **4.1**<br>☐ Schedule G ____<br>**Aleksandr Dolliner** |
| 3.2   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line ____<br>■ Schedule E/F, line   **4.2**<br>☐ Schedule G ____<br>**Alex and Elena Korot** |

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 46 of 77

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Amex** |
| 3.4 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Anatoly Mazo** |
| 3.5 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Ann Woodstock c/o Sidney Luscutoff** |
| 3.6 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Anna Patland** |
| 3.7 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Boris Panich** |
| 3.8 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Chase Mortgage** |
| 3.9 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Credit One Bank** |
| 3.10 | **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Deptartment Store National Bank/Macy's** |

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 47 of
77

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.11  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.10**___
☐ Schedule G _____
**Dmitry and Bella Krupetsky**

---

3.12  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Dmitry Kazakov**

---

3.13  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Edward Breyburg**

---

3.14  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Elena Drapkin**

---

3.15  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Elena Shenkar**

---

3.16  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Ella Tkach and Eduard Muzichenko**

---

3.17  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Enhanced Recovery Corp**

---

3.18  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Eugene Abergour**

---

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 48 of
77

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.19  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Eugene Shenkar**

3.20  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**First National Bank Of**

3.21  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**First National Bank Of**

3.22  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☑ Schedule D, line ___**2.4**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Franchise Tax Board**

3.23  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Gene Kristul**

3.24  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.22**___
☐ Schedule G _____
**Gennady Minevich**

3.25  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☑ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Gregory Funding**

3.26  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Helene and Emanuel and Yakov Lifschitz**

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 49 of
77

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.27    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☑ Schedule D, line ___**2.6**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Henry Yanovsky c/o Skaggs Faucette LLP**

---

3.28    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.24**___
☐ Schedule G _____
**Igor Doctorovich**

---

3.29    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☑ Schedule D, line ___**2.7**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Igor Rakvalsy**

---

3.30    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Ilizabeth Igudesman**

---

3.31    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Ilya Dimov and Yakov Lifschitz**

---

3.32    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**Ilya Shayn**

---

3.33    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☑ Schedule D, line ___**2.8**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Internal Revenue Service**

---

3.34    **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**2.1**___
☐ Schedule G _____
**Internal Revenue Service**

---

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 50 of
77

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.35  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

■ Schedule D, line ___2.9___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Irina Trubnikov c/o Richard C. OHare**

---

3.36  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Isaac Beker**

---

3.37  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Israel Salin**

---

3.38  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

■ Schedule D, line ___2.10___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Kat Stolyarov c/o Abir Treyzon Salo LLP**

---

3.39  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**Kat Stolyarov c/o Abir Treyzon Salo LLP**

---

3.40  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Lev Krayzman**

---

3.41  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Lila Averbach**

---

3.42  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Luda Belenky**

---

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 51 of
77

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.34**<br>☐ Schedule G _____<br>**Ludmilla Tuberman** |
| 3.44   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.35**<br>☐ Schedule G _____<br>**Lyudmila Makagon** |
| 3.45   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.36**<br>☐ Schedule G _____<br>**Maxim Libin &Y Yakov Lifschitz** |
| 3.46   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ■ Schedule D, line   **2.11**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Mehrdad Elie c/o Hopkins & Carley** |
| 3.47   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.37**<br>☐ Schedule G _____<br>**Midland Fund** |
| 3.48   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**Nataliya Duovis and Yakov Lifschitz** |
| 3.49   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.39**<br>☐ Schedule G _____<br>**Natalya Baron** |
| 3.50   **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.40**<br>☐ Schedule G _____<br>**Nikolai Snigorenko** |

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 52 of<br>77

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.51    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.41**
☐ Schedule G _____
**Oleg Dubel**

3.52    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.42**
☐ Schedule G _____
**Richard Davis**

3.53    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.43**
☐ Schedule G _____
**Richard Raskin**

3.54    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.45**
☐ Schedule G _____
**Roman Shekhtman**

3.55    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.46**
☐ Schedule G _____
**Rushmore Loan Mgmt Srvc**

3.56    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

■ Schedule D, line    **2.12**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sam and Bella Zotman**

3.57    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.47**
☐ Schedule G _____
**Semyon Altus**

3.58    **Joseph Kristul**
        **270 Santa Clara Av.e**
        **San Francisco, CA 94127**
        **non-filing spouse - community property liability**

■ Schedule D, line    **2.13**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Tatyana Margolis**

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 53 of
77

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.59  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.48**__
☐ Schedule G _____
**Tatyana Zaytseva**

---

3.60  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.49**__
☐ Schedule G _____
**Toyota Financial Services**

---

3.61  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.50**__
☐ Schedule G _____
**Tri Counties Bank**

---

3.62  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.51**__
☐ Schedule G _____
**Victor and Irina Lyapis**

---

3.63  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.52**__
☐ Schedule G _____
**Vladimir Bazhanov and Yakov Lifschitz**

---

3.64  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.53**__
☐ Schedule G _____
**Wells Fargo Bank**

---

3.65  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.54**__
☐ Schedule G _____
**Wells Fargo Home Mor**

---

3.66  **Joseph Kristul**
**270 Santa Clara Av.e**
**San Francisco, CA 94127**
**non-filing spouse - community property liability**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.55**__
☐ Schedule G _____
**Yakov and Era Lifschitz**

---

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 54 of
77

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.67  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.56**<br>☐ Schedule G _____<br>**Yakov Vishnevsky** |
| 3.68  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.57**<br>☐ Schedule G _____<br>**Yakov, Era Lifschitz c/o Strategy Law** |
| 3.69  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.58**<br>☐ Schedule G _____<br>**Yeva Inc.** |
| 3.70  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ■ Schedule D, line   **2.15**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Yeva, Inc. DBA Saxe Mortgage Company** |
| 3.71  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ■ Schedule D, line   **2.16**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Yuri and Svetlana Khaikin** |
| 3.72  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.59**<br>☐ Schedule G _____<br>**Yuri Levitin** |
| 3.73  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.60**<br>☐ Schedule G _____<br>**Yuriy Undorf** |
| 3.74  **Joseph Kristul**<br>**270 Santa Clara Av.e**<br>**San Francisco, CA 94127**<br>**non-filing spouse - community property liability** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.61**<br>☐ Schedule G _____<br>**Zahar Uzin** |

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 55 of
77

| | |
|---|---|
| Debtor 1 | **Maria Kristul** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **20-30238** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. | Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | Loan Underwriter | |
| | | Employer's name | Saxe Mortgage Company | |
| | Occupation may include student or homemaker, if it applies. | Employer's address | 950 john daly blvd suit 200 Daly City, CA 94015 | |
| | | How long employed there? | 12 Years, 0 Months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 8,333.34 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 8,333.34 | $ N/A |

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 56 of 77

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

**Copy line 4 here** ..............................................  4.  $  **8,333.34**  $  **N/A**

5. **List all payroll deductions:**

| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 1,931.38 | $ | N/A |
|---|---|---|---|---|---|---|
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ | N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ | N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ | N/A |
| 5e. | Insurance | 5e. | $ | 0.00 | $ | N/A |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ | N/A |
| 5g. | Union dues | 5g. | $ | 0.00 | $ | N/A |
| 5h. | Other deductions. Specify: **Disability** | 5h.+ | $ | 83.34 | + $ | N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $  **2,014.72**  $  **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $  **6,318.62**  $  **N/A**

8. **List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm | | | | | |
|---|---|---|---|---|---|---|
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ | N/A |
| 8b. | Interest and dividends | 8b. | $ | 0.00 | $ | N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ | N/A |
| 8d. | Unemployment compensation | 8d. | $ | 0.00 | $ | N/A |
| 8e. | Social Security | 8e. | $ | 3,738.60 | $ | N/A |
| 8f. | Other government assistance that you regularly receive | | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | 0.00 | $ | N/A |
| 8g. | Pension or retirement income | 8g. | $ | 0.00 | $ | N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ | 0.00 | + $ | N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $  **3,738.60**  $  **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $ **10,057.22** + $ **N/A** = $ **10,057.22**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:  11.  +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it applies*  12.  $  **10,057.22**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:  **Saxe Mortgage Company Change: My husband is very ill. I am his primary caretaker**

Debtor 1    **Maria Kristul**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    **20-30238**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☑ No

Do not list Debtor 1 and Debtor 2.     ☐ Yes.    Fill out this information for each dependent..............

Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **13,901.00** |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | **0.00** |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | **200.00** |
| 4d.    Homeowner's association or condominium dues | 4d. $ | **250.00** |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 58 of 77

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 1,100.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,300.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200.00 |
| 10. | **Personal care products and services** | 10. $ | 300.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 370.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: **Medicare debit from social security** | 15d. $ | 568.00 |
| | **Property insurance** | $ | 400.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | $ | 0.00 |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **2nd mortgage to Yeva, Inc. DBA Saxe Mortgage Company** | 21. +$ | 2,708.33 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 21,897.33 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 21,897.33 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 10,057.22 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 21,897.33 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -11,840.11 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 59 of 77

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Maria Kristul** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | **20-30238** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Maria Kristul**                          X _____
**Maria Kristul**                                    Signature of Debtor 2
Signature of Debtor 1

Date **April 16, 2020**                           Date _____

| Fill in this information to identify your case: |

**Debtor 1**   **Maria Kristul**
First Name          Middle Name          Last Name

**Debtor 2**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number   **20-30238**
(if known)

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**   **Give Details About Your Marital Status and Where You Lived Before**

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   **Explain the Sources of Your Income**

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $16,666.68 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 61 of 77

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips | **$868,842.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■  No

☐  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐  No.   Go to line 7.

■  Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.   Go to line 7.

☐  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Henry Yanovsky c/o Skaggs Faucette LLP**<br>**One Embarcadero Center, Suite 500**<br>**San Francisco, CA 94111** | **$500 pay period x 6** | **$3,000.00** | **$125,000.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ■ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Internal Revenue Service vs MARIA KRISTUL, JOSEPH KRISTUL**<br>**2019J74384300** | **FEDERAL TAX LIEN** | **SAN FRANCISCO COUNTY COURT (RD)** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 844,557.00** |
| **Biltmore Square Condominium Asso vs MARIA KRISTUL, MARIA KRISTUL, et al.**<br>**CC2015226867** | **CIVIL JUDGMENT** | **ENCANTO JUSTICE COURT** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 5,578.00** |
| **Internal Revenue Service vs MARIA KRISTUL, JOSEPH KRISTUL**<br>**2014J98367300** | **FEDERAL TAX LIEN** | **SAN FRANCISCO COUNTY COURT (RD)** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 693,926.00** |
| **KATERINA STOLYAROV VS. JOSEPH KRISTUL ET AL**<br>**CGC18564667** | **breach of contract/warranty** | **San Francisco Superior Court**<br>**400 McAllister Street**<br>**San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**case settled approximately 2/5/20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 63 of 77

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Stolyarov v. Kristul**<br>**CGC-16-554188** | **Breach of**<br>**Contract/Warranty** | **San Francisco Superior**<br>**court**<br>400 McAllister St.<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**judgment debtor**<br>**examinations and levies** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600<br>per person<br><br>Person to Whom You Gave the Gift and<br>Address: | Describe the gifts | Dates you gave<br>the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total<br>more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you<br>contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and<br>how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending<br>insurance claims on line 33 of *Schedule A/B: Property*. | Date of your<br>loss | Value of property<br>lost |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

| Part 7: | List Certain Payments or Transfers |
|---------|-------------------------------------|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Belvedere Legal, APC<br>1777 Borel Place, Suite 314<br>San Mateo, CA 94402<br>www.belvederelegal.com** | **$5,000** | **2/27/2020** | **$5,000.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Nanotech Industries, Inc.<br>Attn:  Joseph Kristul, Reg. Agent<br>950 John Daly Blvd., #260<br>Daly City, CA 94015** | **community property interest.** | **Non-Filing Spouse ("NFS") gave power of attorney to employee Darin Nellis.  Mr. Nellis determined it was in the best interest of all equity holders to shut company down on February 4, 2020.** | **2/4/20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Yeva, Inc. DBA Saxe Mortgage Company,**<br>**Attn: Current Officer**<br>**Servicing Agent**<br>**950 John Daly Blvd, Suite 200**<br>**Daly City, CA 94015**<br><br>**Debtor is employee of Saxe. Debtor's son is President of Saxe** | **The following structure of transaction repeated itself numerous times over the 2 year pre-petition period. Three individuals each made an investment loan with non-filing spouse ("NFS"). The source of each investment was a loan that the individual obtained via a second mortgage on real properties via Yeva, Inc. DBA Saxe Mortgage Company ("Saxe"). Per agreement, NFS paid investors' monthly loan costs to Saxe + 10% interest payments direclty to investors.** | **The Debtor will produce a summary of each transfer and related cancelled checks: Borrowers: 1) Lev Krayzman ($200,000); 2) Alexander S. Doliner, Trustee ($220,000); 3) Isaak Beker ($100,000).** | **3/3/2018 to 3/3/2018** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
- ☑ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<table>
<tr><td>**Part 8:**</td><td>List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- ☐ No
- ☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Tri Counties Bank** | **XXXX-9610** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Account NoX 9610 Debtor was co-signor Two Group, LLC Closed Jan 2020** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☑ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Two Group, LLC<br>950 john daly blvd suit 260<br>Daly City, CA 94015** | **Investment Company** | EIN:<br><br>**From-To**   6/28/10, 1/13,2020 |
| **Two Group, LLC<br>950 john daly blvd suit 260<br>Daly City, CA 94015** | **Investment Company** | EIN:<br><br>**From-To**   6/28/10, 1/13,2020 |
| **Nanotech Industries, Inc.<br>950 john daly blvd suit 260<br>Daly City, CA 94015** | **Polyurethane, Hydro Coating chemical company**<br><br>**Darin Nellis** | EIN:<br><br>**From-To** |
| **Nanotech Industries, Inc.<br>950 john daly blvd suit 260<br>Daly City, CA 94015** | **Polyurethane, Hydro Coating chemical company**<br><br>**Darin Nellis** | EIN:<br><br>**From-To** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Maria Kristul**
**Maria Kristul**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **April 16, 2020**                         Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Maria Kristul** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 20-30238 | | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Anna Patland**<br><br>Description of property securing debt: **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **Franchise Tax Board**<br><br>Description of property securing debt: **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **Gregory Funding** | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

name:

|  |  |
|---|---|
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** |

☐ Retain the property and redeem it.
☐ Retain the property and enter into a
   *Reaffirmation Agreement.*
■ Retain the property and [explain]:

■ Yes

**continue paying with consent of creditor**

---

| Creditor's name: | **Igor Rakvalsy** |
|---|---|
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a
   *Reaffirmation Agreement.*
■ Retain the property and [explain]:

☐ No

■ Yes

**avoid lien using 11 U.S.C. § 522(f)**

---

| Creditor's name: | **Internal Revenue Service** |
|---|---|
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a
   *Reaffirmation Agreement.*
■ Retain the property and [explain]:

☐ No

■ Yes

**avoid lien using 11 U.S.C. § 522(f)**

---

| Creditor's name: | **Kat Stolyarov c/o Abir Treyzon Salo LLP** |
|---|---|
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** |

☐ Surrender the property.
☐ Retain the property and redeem it.

☐ Retain the property and enter into a
   *Reaffirmation Agreement.*
■ Retain the property and [explain]:

☐ No

■ Yes

**avoid lien using 11 U.S.C. § 522(f)**

---

| Creditor's name: | **Sam and Bella Zotman** |
|---|---|
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a
   *Reaffirmation Agreement.*
■ Retain the property and [explain]:

☐ No

■ Yes

**avoid lien using 11 U.S.C. § 522(f)**

---

| Creditor's name: | **Tatyana Margolis** |
|---|---|

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a

☐ No

■ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | |
|---|---|---|
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**avoid lien using 11 U.S.C. § 522(f)** |

| | | |
|---|---|---|
| Creditor's name: | **Yeva, Inc. DBA Saxe Mortgage Company** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**continue paying with consent of creditor** |
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** | |

☐ No
■ Yes

| | | |
|---|---|---|
| Creditor's name: | **Yuri and Svetlana Khaikin** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**avoid lien using 11 U.S.C. § 522(f)** |
| Description of property securing debt: | **270 Santa Clara Avenue San Francisco, CA 94127  San Francisco County A.P. No.: Lot: 010, Block 3073. Property has deferred maintenance** | |

☐ No
■ Yes

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 71 of 77

Description of leased
Property:

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:**    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X   **/s/ Maria Kristul**        X

    **Maria Kristul**                Signature of Debtor 2
    Signature of Debtor 1

Date   **April 16, 2020**        Date

Case: 20-30238    Doc# 13    Filed: 04/16/20    Entered: 04/16/20 18:40:56    Page 72 of 77

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
| --- | --- |
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Case: 20-30238   Doc# 13   Filed: 04/16/20   Entered: 04/16/20 18:40:56   Page 74 of 77

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                     Case No.    **20-30238**

**Maria Kristul**

_____ Debtor(s). _____ /

**CREDITOR MATRIX COVER SHEET**

     I declare that the attached Creditor Mailing Matrix, consisting of __**8**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 16, 2020**

                                       **/s/ Matthew D. Metzger**
                                     Signature of Debtor's Attorney or Pro Per Debtor