MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>  MARIA KRISTUL<br><br>       Debtor(s).<br><br>    SSN XXX-XX-8098 | Case No. 20-30238 HLB 7<br><br>Chapter 7<br><br><br><br><br><br>**Date:**<br>**Time:**<br>**Ctrm:** Honorable Hannah L. Blumenstiel<br>       450 Golden Gate Avenue<br>       16th Floor, Courtroom No. 19<br>       San Francisco, CA 94102 |

### DECLARATION OF MARIA KRISTUL
### IN SUPPORT OF
### AMENDED STATEMENT OF FINANCIAL AFFAIRS

I, Maria Kristul, declare as follows:

1.   I am the Debtor in the above-captioned bankruptcy case.  I make this declaration in support of the amended statement of financial affairs.

2.   I am filing the Statement of Financial Affairs to amend my responses to question 8 (Payment benefitting insiders within 1 year of petition date) and question 18 (Property transferred outside the ordinary course of business within 2 years of the petition date).

1        3.     Specifically, I must amend to disclose additional transfers outside the ordinary course of business that I made to Saxe Mortgage Corporation within two (2) years of the March 3, 2020 petition date (the "Petition Date"), on behalf of my newphew, Mr. Mike Karmalyuk.

       4.     Saxe Mortgage Corporation is an entity owned by my son, Mr. Gene Kristul.

       5.     My nephew, Mike Karmalyuk, obtained a loan from Saxe Mortgage Corporation.

       6.     Between March 3, 3018 and the Petition Date, I made the following payments to Saxe Mortgage Company on behalf of Mike Karmalyuk:

| Month | Amount |
|---|---|
| Mar-18 | $1,750.00 |
| Apr-18 | $1,750.00 |
| May-18 | $1,750.00 |
| Jun-18 | $1,750.00 |
| Jul-18 | $1,750.00 |
| Aug-18 | $1,750.00 |
| Sep-18 | $1,750.00 |
| Oct-18 | $1,750.00 |
| Nov-18 | $1,750.00 |
| Dec-18 | $1,750.00 |
| Jan-19 | $1,750.00 |
| Feb-19 | $1,750.00 |
| Mar-19 | $1,750.00 |
| Apr-19 | $1,750.00 |
| May-19 | $1,750.00 |
| Jun-19 | $1,750.00 |
| Jul-19 | $1,750.00 |
| **Total** | **$29,750.00** |

       7.     Payments stopped in August 2019, when Mike Karmalyuk paid off the balance of the loan.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2020, at San Francisco, California.

                                                  /s/ *Maria Krisul*
                                                  Maria Kristul